IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )       8:09CR86
                                 )
       v.                        )
                                 )
EDGAR DANIEL BRAVO-GONZALEZ,     )       ORDER
                                 )
               Defendant.        )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 21), recommending that defendant's motion to suppress (Filing No. 11) be denied. No objection has been filed. The Court has reviewed the motion, the briefs, the transcript and finds the report and recommendation should be approved and adopted and defendant's motion to suppress should be denied.

The Court has subsequently been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's motion to suppress is denied;

3) A Rule 11 hearing is scheduled for:

**Thursday, June 18, 2009, at 1:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 15th day of June, 2009.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court

8:09-cr-00086-LES-TDT   Doc # 23   Filed: 06/15/09   Page 2 of 2 - Page ID # 76