IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR86 |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR DANIEL BRAVO-GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue date to submit mental health evaluation (Filing No. 36). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until August 31, 2009, to submit the mental health evaluation to the probation office.

DATED this 17th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court