UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR86 |
| | ) | |
| v    . | ) | |
| | ) | |
| EDGAR BRAVO-GONZALEZ, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the United States' Motion for Final Order of

Forfeiture (Filing No. 40).  The Court has reviewed the record in this case and finds as follows:

1.  On June 30, 2009, the Court entered a Preliminary Order of Forfeiture pursuant

to the provisions of Title 18, United States Code, Sections 2252 and 2253, based upon the

defendant's plea of guilty to Counts I and III of the Indictment filed herein.  By way of said

Preliminary Order of Forfeiture, the defendant's interest in a HP Pavilion desktop computer,

serial number MXM4270512, custom made desktop computer with Maxtor, serial #L31RD5LA,

Sony Viao desktop computer, serial number A8023037A0648844, and Compaq Presario desktop

computer (2), serial numbers 1X09FPPTM3H7 and CNH4510XHK and digital files and file

remnants containing or depicting child pornography or visual depictions of minors in sexually

explicit conduct, as defined in 18 U.S.C. § 2256, were forfeited to the United States.

2.  Notice of Criminal Forfeiture was posted on an official Government internet

site (www.forfeiture.gov) for at least thirty consecutive days, beginning on July 2, 2009, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset

Forfeiture Claims. A Declaration of Publication was filed herein on August 31, 2009 (Filing

No.39).

3.  The Court has been advised by the United States no Petitions have been filed.

From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the HP Pavilion desktop computer, serial

number MXM4270512, custom made desktop computer with Maxtor, serial #L31RD5LA, Sony

Viao desktop computer, serial number A8023037A0648844, and Compaq Presario desktop

computer (2), serial numbers 1X09FPPTM3H7 and CNH4510XHK , and digital files and file

remnants containing or depicting child pornography or visual depictions of minors in sexually

explicit conduct, as defined in 18 U.S.C. § 2256, held by any person or entity, are hereby forever

barred and foreclosed.

C.  The  HP Pavilion desktop computer, serial number MXM4270512, custom

made desktop computer with Maxtor, serial #L31RD5LA, Sony Viao desktop computer, serial

number A8023037A0648844, and Compaq Presario desktop computer (2), serial numbers

1X09FPPTM3H7 and CNH4510XHK , and digital files and file remnants containing or depicting

child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18

U.S.C. § 2256, be, and the same hereby are, forfeited to the United States of America.

D.  The United States Immigration and Customs Enforcement directed to dispose of said properties in accordance with law.

DATED this 8th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court