IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR86 |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR DANIEL BRAVO-GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's request to reduce the amount of restitution he pays per month from his prison earnings (Filing No. 64).  In order to make that determination,

IT IS ORDERED that defendant shall furnish to the Court a copy of his prison earnings record for the past six months on or before April 26, 2013.

DATED this 2nd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court